JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JEFFREY B. SCHENK (CASBN 234355)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-2695
   Facsimile:  (408) 535-5066
   Email: jeffrey.b.schenk@usdoj.gov

Attorneys for the United States of America

FILED

DEC 23 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JANE NELSEN, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No.   CR 09-01168-JF <br><br> STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM DECEMBER 15, 2009 TO JANUARY 6, 2010 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

On December 15, 2009, the parties appeared for a hearing before this Court. At that hearing, the government and defense requested an exclusion of time under the Speedy Trial Act based upon the defense counsel's need to effectively prepare by reviewing discovery materials once submitted by the government. At that time, the Court set the matter for a hearing on January 6, 2010.

The parties stipulate that the time between December 15, 2009 and January 6, 2009 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Finally, the parties agree

1

that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases. 18 U.S.C. §3161(h)(8)(A).

DATED: December 18, 2009          JOSEPH P. RUSSONIELLO
                                  United States Attorney


                                  __/s/_____
                                  JEFFREY B. SCHENK
                                  Assistant United States Attorney



                                  __/s/_____
                                  THOMAS FERRITO
                                  Attorney for Defendant

## ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between December 15, 2009 and January 6, 2010 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

DATED: 12/23/09

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE