MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JEFFREY B. SCHENK (CABN 234355)
Assistant United States Attorney
    150 Almaden Boulevard, Suite 900
    San Jose, CA 95113
    Telephone: (408) 535-5061
    Fax:  (408) 535-5066
    E-Mail: jeffrey.b.schenk@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-01168-RMW |
|         Plaintiff, | ) | |
|         v. | ) | NOTICE OF DISMISSAL |
| JANE NELSEN, | ) | |
|         Defendant. | ) | San Jose Venue |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment with regard to this defendant only without prejudice.

DATED:    October 6, 2011              Respectfully submitted,

                                       MELINDA HAAG
                                       United States Attorney

                                       /s/

                                       JEFF SCHENK
                                       Assistant United States Attorney

NOTICE OF DISMISSAL (CR 09-01168-RMW)

1 | Leave is granted to the government to dismiss the indictment.

Date: F€BŒ€ÐF

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Ö^-^}åæ}œÁ|æ•][¦o•Á@æ¶|Áa^Á^čˇ¦}åÁ¶Á@Áa^-^}åæ}oÁ¦¦o@¸ãœÈ

2